JMH 200 Doe v Jagiello (2025 NY Slip Op 05387)

JMH 200 Doe v Jagiello

2025 NY Slip Op 05387

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND KEANE, JJ.

678 CA 24-01199

[*1]JMH 200 DOE, PLAINTIFF-APPELLANT,
v
CHRISTOPHER JAGIELLO, DEFENDANT, PHYLLIS FATIMA MORRELL, BUFFALO BOARD OF EDUCATION, BUFFALO CITY SCHOOL DISTRICT AND LAFAYETTE INTERNATIONAL HIGH SCHOOL, FORMERLY KNOWN AS LAFAYETTE HIGH SCHOOL, DEFENDANTS-RESPONDENTS. (APPEAL NO. 1.) 

LAW OFFICE OF J. MICHAEL HAYES, BUFFALO (J. MICHAEL HAYES OF COUNSEL), FOR PLAINTIFF-APPELLANT.
MARY B. SCARPINE, GENERAL COUNSEL, BUFFALO CITY SCHOOL DISTRICT, BUFFALO (SHAUNA L. STROM OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (Daniel Furlong, J.), entered July 26, 2024, in a personal injury action. The order denied the motion of plaintiff to resettle and clarify a prior decision of the court. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in JMH 200 Doe v Jagiello ([appeal No. 2] — AD3d — [Oct. 3, 2025] [4th Dept 2025]).
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court